**Juan Humberto VALENZUELA–SANCHEZ, Petitioner,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

**No. 06–75118.**

United States Court of Appeals, Ninth Circuit.

Submitted March 18, 2008.\*

Filed March 25, 2008.

David B. Landry, San Diego, CA, for Petitioner.

John R. Cunningham, Washington, DC, District Director, San Diego, CA, Ronald E. LeFevre, San Francisco, CA, Holly M. Smith, Norah Ascoli Schwarz, Washington, DC, for Respondent.

Before: CANBY, T.G. NELSON and BEA, Circuit Judges.

MEMORANDUM \*\*

Juan Humberto Valenzuela–Sanchez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's order denying his special motion to seek relief pursuant to former Immigration and Nationality Act § 212(c). We have jurisdiction under 8 U.S.C. § 1252. We review questions of law de novo, *Avila–Sanchez v. Mukasey,*

---

509 F.3d 1037, 1039–40 (9th Cir.2007), and we deny the petition for review.

We reject Valenzuela–Sanchez's constitutional challenge to 8 C.F.R. § 1003.44(k)(2). *See id.* at 1041.

We need not reach Valenzuela–Sanchez's remaining contentions.

**PETITION FOR REVIEW DENIED.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.